No. 379. SIMMONS (ROSA F. SIMMONS, TEMPORARY ADMINISTRATRIX, SUBSTITUTED IN PLACE OF W. S. SIMMONS, DECEASED) *v.* PEAVY-WELSH LUMBER Co. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE MURPHY are of the opinion that the petition for writ of certiorari should be granted. *Mr. Edgar J. Oliver* for petitioner. *Messrs. Robert M. Hitch* and *Archibald B. Lovett* for respondent.

No. 109. LANGSTON ET AL. *v.* SOUTH CAROLINA. October 21, 1940. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. Joseph F. Rutherford* and *Hayden C. Covington* for petitioners.

No. 225. IN THE MATTER OF BLUESTONE. October 21, 1940. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Morton D. Bluestone, pro se. Mr. Robert T. McCracken* for the Supreme Court of Pennsylvania.

No. 290. IRVING TRUST Co. *v.* UNITED STATES. October 21, 1940. Petition for writ of certiorari to the Court of Claims denied. *Messrs. E. F. Colladay, Wilton H. Wallace,* and *Martin Saxe* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Daniel F. Hickey* for the United States.

No. 311. GLIWA ET AL. *v.* UNITED STATES STEEL CORP. ET AL. October 21, 1940. Petition for writ of certiorari